FILED
Clerk
District Court

JUN - 2 2011

For The Northern Mariana Islands
By________
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,
Plaintiff,

vs.

Heqian MA,
Defendant.

CRIMINAL CASE NO. CR 11-00013

**INDICTMENT**

Title 8, U.S.C. § 1324(a)(1)(A)(iv)–Alien Smuggling (Counts 1 & 2); Title 18, U.S.C. § 1351– Fraud in Foreign Labor Contracting (Counts 3 & 4).

THE GRAND JURY CHARGES:

**COUNT ONE**

[8 U.S.C. § 1324(a)(1)(A)(iv) – Alien Smuggling]

On or about December 16, 2010, within the District of the Northern Mariana Islands and elsewhere, the defendant, Heqian MA, did encourage and induce Weifeng GUO, an alien citizen of the People's Republic of China, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that his coming to, entering, and residing in the United States is, or would be, in violation of law, and defendant Heqian MA did so for commercial advantage and private gain, in violation of Title 8, United States Code, §1324(a)(1)(A)(iv).

**COUNT TWO**

[8 U.S.C. § 1324(a)(1)(A)(iv) – Alien Smuggling]

On or about December 16, 2010, within the District of the Northern Mariana Islands and elsewhere, the defendant, Heqian MA, did encourage and induce Yuyan LI, an alien citizen of the People's Republic of China, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that her coming to, entering, and residing in the United States is, or would be, in violation of law, and defendant Heqian MA did so for commercial advantage and private gain, in violation of Title 8, United States Code, § 1324(a)(1)(A)(iv).

**COUNT THREE**

[18 U.S.C. § 1351 - Fraud in Foreign Labor Contracting]

On or about December 16, 2010, within the District of the Northern Mariana Islands and elsewhere, the defendant, Heqian MA, did recruit and solicit a person outside the United States, namely Weifeng Guo, for purposes of employment inside the United States by means of materially false and fraudulent pretenses, representations, and promises regarding that employment, and did so knowingly with the intent to defraud, in violation of Title 18, United States Code, § 1351.

//

//

**COUNT FOUR**

[18 U.S.C. § 1351 - Fraud in Foreign Labor Contracting]

On or about December 16, 2010, within the District of the Northern Mariana Islands and elsewhere, the defendant, Heqian MA, did recruit and solicit a person outside the United States, namely Yuyan Li, for purposes of employment inside the United States by means of materially false and fraudulent pretenses, representations, and promises regarding that employment, and did so knowingly with the intent to defraud, in violation of Title 18, United States Code, § 1351.

Dated June 2, 2011.

A TRUE BILL.

Foreperson

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and NMI

By:

ERIC S. O'MALLEY
Assistant United States Attorney